IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Xiaowei Liu,<br><br>    Plaintiff,<br><br>v.<br><br>THE DEFENDANT IDENTIFIED ON SCHEDULE A,<br><br>    Defendant. | Case No. 25-cv-15356 |

**EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER**

    Xiaowei Liu ("Plaintiff"), through its counsel and pursuant to Fed. R. Civ. P. 65, hereby moves this Court for a Temporary Restraining Order. Plaintiff is requesting temporary *ex parte* relief based on an action for patent infringement against the Defendants identified in Schedule A in Exhibit 1 to Complaint (collectively, "Defendants"). Plaintiff is forced to file this action to combat Defendants' infringement of its patented product, as well as to protect unknowing consumers from purchasing infringing products over the Internet. Defendants' ongoing unlawful activities should be restrained, and Plaintiff respectfully requests that this Court issue an *ex parte* Temporary Restraint Order as set forth herein. A memorandum supporting this motion is attached herewith.

Dated December 31, 2025.

                                        Respectfully submitted
                                        By: /s/ *Huicheng Zhou*
                                        Bar No. 350005
                                        Phone: 909-284-1929
                                        2108 N ST STE #8330
                                        Sacramento, CA 95816
                                        Huicheng.zhou@aliothlaw.com
                                        *Attorney for Plaintiff*