IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Xiaowei Liu,<br><br>    Plaintiff,<br><br>v.<br><br>THE DEFENDANT IDENTIFIED ON SCHEDULE A,<br><br>    Defendant. | Case No. 25-cv-15356 |

## MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Plaintiff Xiaowei Liu ("Plaintiff"), through its counsel and pursuant to Fed. R. Civ. P. 65, hereby moves this Court to extend the Temporary Restraining Order, issued on January 5, 2026, for an additional fourteen days beyond its original expiration on January 19, 2026, for good cause shown in the Memorandum in Support of the Motion for Extension of Temporary Restraining Order.

Dated January 16, 2026.

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*

1