# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Xiaowei Liu

                                            Plaintiff,

v.                                                                  Case No.: 1:25−cv−15356

                                                                                  Honorable Mary M. Rowland

The Defendants Identified on Schedule A

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

       MINUTE entry before the Honorable Mary M. Rowland: The Court strikes the order entered on 1/20/26 at docket 17. The motion for extension of TRO [15] is granted. TRO extended to 2/2/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.