



FILED
1/29/2026  PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No. **25-cv-15356**

**Xiaowei Liu,**
Plaintiff,

v.

**The Partnerships and Unincorporated Associations
Identified on Schedule "A",**
Defendants.

---

**MOTION TO APPEAR REMOTELY**

To the Honorable Court:

I, **Meir David** appearing **pro se**, respectfully request permission to appear remotely by Zoom or other Court-approved video platform for all hearings in this case.

I reside in Israel. Appearing in person would require international travel and would result in significant hardship and expense.

I am the individual operator of the online stores identified as defendants in this action. For identification and clarification purposes only, a list of the online stores operated by me is attached as **Exhibit A**.

This motion is submitted in good faith and without waiving any rights, defenses, or objections.

Respectfully submitted,

Meir David

Date: 01/29/2026