

**FILED**
1/29/2026
PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Exhibit A**

**List of Online Stores Operated by Defendant**

**Case No.:** 25-cv-15356
**Case Name:** *Xiaowei Liu v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*

I, **Meir D** submit this Exhibit solely to identify the online stores operated by me and referenced in connection with this action.
The stores listed below are not separate legal entities and are operated exclusively by me as an individual.

1. ori26_3

2. maxim.8776

3. leodo-uunrdfb0

4. j_tale2012

5. reelgr_44

6. yagel42

7. bahofsh0

8. hai8ng9

9. avibaron5_6

10. frincr-800

This Exhibit is submitted for identification and clarification purposes only and without any admission of liability or concession of any allegation asserted by Plaintiff.

---

**Respectfully submitted,**

Meir D