IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Xiaowei Liu,

    Plaintiff,

v.

THE DEFENDANT IDENTIFIED ON SCHEDULE A,

    Defendant.

Case No. 25-cv-15356

**PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

Plaintiff Xiaowei Liu ("Plaintiff"), through its counsel and pursuant to Fed. R. Civ. P. 65, hereby moves this Court for entry of a Preliminary Injunction against the Defendants identified in Schedule A to the Complaint (collectively, "Defendants"). The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered previously. In support of its Motion, Plaintiff concurrently files a memorandum.

Dated February 3, 2026.

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*