**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:                                    Case Number: 25-cv-15356

Liu v. The Defendants Identified on
Schedule A

An appearance is hereby filed by the undersigned as attorney for:

Silwodhbvv

Attorney name (type or print):  Christopher Keleher

Firm:     The Keleher Appellate Law Group, LLC

Street address:     1 East Erie, Suite 525

City/State/Zip:     Chicago, Illinois 60611

Bar ID Number:     6277771                 Telephone Number:     312-448-8491
(See item 3  in instructions)

Email Address: ckeleher@appellatelawgroup.com

Are you acting as lead counsel in this case?                    X  Yes        ☐ No

Are you a member of the court's general bar?                    X Yes         ☐ No

Are you a member of the court's trial bar?                      X  Yes        ☐ No

Are you appearing *pro hac vice*?                              ☐ Yes        X  No

If this case reaches trial, will you act as the trial attorney?  X  Yes        ☐ No

If this is a criminal case, check your status.       ☐     Retained Counsel

                                                     ☐     Appointed Counsel
                                                           If appointed counsel, are you a

                                                           ☐ Federal Defender

                                                           ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as

provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 4, 2026

Attorney signature:     S/ Christopher Keleher
                        (Use electronic signature if the appearance form is filed
electronically.)