BC

DECLARATION OF MEIR DAVID

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No. 25-cv-15356

DECLARATION OF MEIR DAVID

FILED 2/4/2026 AXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I, Meir David, declare under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I reside in Israel.
2. I operate online storefronts as a sole proprietorship.
3. I do not maintain offices, employees, agents, warehouses, inventory, or bank accounts in Illinois.
4. I am not incorporated in the United States.
5. The product identified in the Complaint was listed online.
6. The accused product was never sold to any customer.
7. The accused product was never shipped to Illinois.
8. I did not generate any revenue from the accused product.
9. The listing was removed.
10. I have no intention of relisting the accused product.
11. My eBay payment account was frozen beginning approximately January 24, 2026.
12. The freeze applies to funds unrelated to the accused product and has halted my broader business operations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2026, in Israel.

---

Meir David