# Exhibit 1



Help  English  IP Portal login

Collapse navigation ↑

# Global Design Database

A world-wide collection of designs data; including WIPO Hague registrations and information from participating offices.

← back  European Designs

◀ 1 / 1 ▶

## 015052761-0001 - Wine stoppers [table utensils] (Registered and fully published)

| | | |
|---|---|---|
| (19) | Identification, using the two-letter code according to WIPO Standard ST.3, of the authority publishing or registering the industrial design | |
| | EM | |
| | **Design number** | |
| | 015052761-0001 | |
| (21) | **Application number** | |
| | 015052761 | |
| (25) | **Application language code** | |
| | it | |
| | **Second language code** | |
| | en | |
| (22) | **Filing date** | |
| | 2024-03-05 | |
| | **Application reference** | |
| | lampadaDL-XTDz1 | |
| (15) | **Date of the national registration** | |
| | 2024-03-05 | |
| | **Publication Date** | |
| | 2024-03-12 | |
| (57) | **Description of the characteristic features of the design(s), or matter for which protection is not sought** | |
| | Yes | |
| | **Renewal current status code** | |
| | Not to be renewed | |
| (18) | **Expected expiration date of the registration/renewal** | |
| | 2029-03-05 | |
| | **Current status code** | |
| | Registered and fully published | |

**Current status date**
2024-03-05

**(54) Indication of products**

- **en:** Wine stoppers [table utensils]
- **en:** Light fixtures
- **en:** Book lights
- **en:** Table lamps
- **en:** Bottle tops
- **fr:** Bouchons universels [ustensiles de table]
- **fr:** Luminaires
- **fr:** Lampes de lecture
- **fr:** Lampes de table
- **fr:** Bouchons de bouteilles
- **es:** Tapones antigoteo para botellas de vino [utensilios de mesa]
- **es:** Partes de aparatos de iluminación
- **es:** Luces de lectura
- **es:** Lámparas de mesa
- **es:** Tapones de botellas
- **it:** Tappi per il vino [utensili da tavola]
- **it:** Apparecchi di illuminazione
- **it:** Lampade da lettura
- **it:** Lampade da tavolo
- **it:** Tappi [per bottiglie]

**(51) Class and subclass of the Locarno Classification**
07-06; 09-07; 26-02; 26-05

**(71) Name(s) and address(es) of the applicant(s)**
Mu Lin S.r.l.
Via Giovanni Battista Niccolini 10
I-20154 Milano
ITALIA

**(74) Name and address of representative**
Paolo Vercesi
Via Emilia 107
I-27058 VOGHERA
ITALIA

**(72) Name and address of creator of designs**
The designer has waived the right to be cited

-

 

