Case: 1:25-cv-15356 Document #: 35-2 Filed: 02/05/26 Page 1 of 5 PageID #:2677

# Exhibit 2





# Making cement wine bottle stoppers

 Clever Girls Craft — 44.9K subscribers — Subscribe    41    Share    Ask    Save      

977 views  Jun 13, 2023
Turning drab, grey cement into some pretty awesome bottle stoppers!

Like my videos? Send a SUPER THANKS so I can buy more craft supplies!

Affiliate Links for the items I used:
Bottle Stopper Kit: https://amzn.to/3qEqMEj
5/16 Bolts: https://amzn.to/43YFMei
Cementall: Home Depot
Gold Flakes: https://amzn.to/42FnFZM
Rit Dye: https://amzn.to/3N8Eoim
Mylar Flakes: https://amzn.to/3CrUsHh
Glossy Acrylic Spray: https://amzn.to/3Ct47NU
Matte Acrylic Spray: https://amzn.to/43XB9Bu
Wax Sealer: https://amzn.to/43XbXek

DISCLAIMER: This description contains affiliate links, which means that if you click on one of the product links, I'll receive a small commission. This helps support the channel and allows me to continue to make videos like this. Thank you for the support, I truly appreciate it!

Resin: http://artnglow.refr.cc/lydiad
Respirator mask: https://bit.ly/3QWxT58

Respirator mask: https://bit.ly/3OWxY85
Silicone Mat: https://amzn.to/3gb2zKw
Mixing Cups: https://amzn.to/2Q2FL5e

-------------------------------------------------
R E C O R D I N G   G E A R
Ring Light: https://amzn.to/2JsERd5
Soft Boxes: https://amzn.to/2I0xmdV
Camera: https://amzn.to/34dIgda
Tripod: https://amzn.to/2YaTQlp

----------------- S T A Y  C O N N E C T E D -----------------
www.clevergirlscraft.com
IG: @CleverGirlsCraft

## How this was made

**Auto-dubbed**
Audio tracks for some languages were automatically generated. Learn more

## Ask

Get answers, explore topics, and more

✦ Ask questions

## Transcript

Follow along using the transcript.

Show transcript

**Clever Girls Craft**
44.9K subscribers

▶ Videos    👤 About    📷 IG

Show less

---

All | From Clever Girls Craft | Bottles | Art | Related | For you | Watched



30:21
**Snow Particles Floating in the Air | 4K Relaxing Screensaver**
Josu Relax
894K views • 8 years ago

10:23
**Amazing Ideas with Glass Bottles/ DIY Home Decor**
Marcie Ziv
1.9K views • 4 years ago



1:01:14
**1 A.M Study Session 📚 [lofi hip hop]**
Lofi Girl ✓
129M views • 6 years ago



2/4/26, 12:01 PM
Case: 1:25-cv-15356 Document #: 35-2 Filed: 02/05/26 Page 4 of 5 PageID #:2680
Making cement wine bottle stoppers - YouTube


Wine Stoppers
Nourish and Nestle
12K views • 8 years ago


E30 Two tiered ring tray with coasters
Better than Birds
93 views • 4 weeks ago


Bestsellers at craft fairs! RESIN bottle stoppers and can openers using …
Edna Resin Tutorials
11K views • 2 years ago


The 10 Mobility Exercises I've Done Most Over The Past 10 Years
The Kneesovertoesguy
994K views • 1 year ago


Don't make this ResinCrete color mistake!
Clever Girls Craft
17K views • 2 years ago


ATG Zero: My Fitness Formula For Life
The Kneesovertoesguy
633K views • 1 year ago


Epoxy Wine stoppers
Tricia's Art Creations
5.3K views • 2 years ago


I've NEVER seen anything like this! RESINCRETE
Clever Girls Craft
9K views • 2 years ago


2-Hour Vintage Gold Frame TV Art | Valentine's Day Screensaver | Flower …
For My Sassy Sister
11K views • 1 year ago


Full Moon Reflection over the Sea | 4K Relaxing Background
Josu Relax
321K views • 9 years ago


Calm Winter Café by the Fireplace ❄️ Relaxing Jazz Ambience & Crackling …
Cabin Jazz Harmony
1K watching


Waterfall Rain Alcohol inks on stemless wineglasses
Raes Turquoise Turtle
8.7K views • 4 years ago





| How to Create Beautiful Resin WINE BOTTLE STOPPERS! (DIY Full Video … | 4K Frame TV Art Autumn Castle Reflections \| TV Background \| … | AIR DRY Clay TIPS: Sculpting For Beginners |
|---|---|---|
| Sparrow Art Vibes | TV ArtFrame Studio | Sofia Bue |
| 5.8K views • 2 years ago | 30K views • 1 year ago | 2.5M views • 3 years ago |


14:15


10:30

| DIY Stained Glass Beach Scene Tumbler | Beautiful Marble Effect in Resin Coasters |
|---|---|
| LittleLee and Rose | Summer Girl Designs |
| 49K views • 6 years ago | 110K views • 4 years ago |

Show more

5 Comments    Sort by

 B  Add a comment...

**Pinned by @CleverGirlsCraft**
**@dhsiren** 2 years ago
Super cute and very fun tutorial! I'm not sure if water or alcohol will mess them up once they are set, but a bit of soapy water or alcohol added to the mold is how I usually wiggle my resin bits out of this mold and the crystal molds that come with bottle openers

👍 2  👎    Reply

• 3 replies ⌄

**@Sunday-preppy-93** 2 years ago
This is amazing 🤩

👍 2  👎    Reply