# Exhibit 3



Help ∨    English ∨    IP Portal login

Collapse navigation ↑

# Global Design Database

A world-wide collection of designs data; including WIPO Hague registrations and information from participating offices.

← back

European Designs

◀ 1 / 2 ▶

## 015027913-0001 - Table lamps (Registered and fully published)

| | | |
|---|---|---|
| (19) | Identification, using the two-letter code according to WIPO Standard ST.3, of the authority publishing or registering the industrial design | |
| | EM | |
| | **Design number** | |
| | 015027913-0001 | |
| (21) | **Application number** | |
| | 015027913 | |
| (25) | **Application language code** | |
| | en | |
| | **Second language code** | |
| | de | |
| (22) | **Filing date** | |
| | 2023-07-13 | |
| | **Application reference** | |
| | usaeu168 | |
| (15) | **Date of the national registration** | |
| | 2023-07-13 | |
| | **Publication Date** | |
| | 2023-07-24 | |
| (57) | Description of the characteristic features of the design(s), or matter for which protection is not sought | |
| | Yes | |
| | **Renewal current status code** | |
| | Not to be renewed | |
| (18) | **Expected expiration date of the registration/renewal** | |
| | 2028-07-13 | |
| | **Current status code** | |
| | Registered and fully published | |

| | |
|---|---|
| | Current status date |
| | 2023-07-13 |
| (54) | Indication of products |
| | - en: Table lamps |
| | - en: Desk lamps |
| | - fr: Lampes de table |
| | - fr: Lampes de bureau |
| | - es: Lámparas de mesa |
| | - es: Luces de escritorio |
| | - de: Tischleuchten |
| | - de: Schreibtischleuchten |
| (51) | Class and subclass of the Locarno Classification |
| | 26-05 |
| (71) | Name(s) and address(es) of the applicant(s) |
| | Nan Zheng<br>One of the public collective households, No.93, Huangshi N. Rd., Baiyun<br>Guangzhou 510080<br>REPÚBLICA POPULAR DE CHINA |
| (74) | Name and address of representative |
| | Ákos Süle<br>Scharnweberstr. 9<br>D-15537 Erkner<br>ALEMANIA |
| - | |



