# Exhibit 4





Fig. 6

Ref. 1



Fig. 7

Ref. 1