IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Xiaowei Liu,<br><br>    Plaintiff,<br><br>v.<br><br>THE DEFENDANT IDENTIFIED ON SCHEDULE A,<br><br>    Defendant. | Case No. 25-cv-15356 |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants:

| Number | Defendant Name |
|---|---|
| 4 | BALMOST |
| 18 | Di gui |
| 41 | JIELANG LIGHT |
| 51 | Longtongshun |
| 59 | Missfeel-US |
| 61 | Mteawl |
| 65 | ORALUCE-US |
| 89 | tianjiya |
| 93 | tunzhuoshangmao |
| 98 | VvLons |
| 128 | Futhstar |
| 131 | XiangFuShangMao |
| 133 | Helen's Store |
| 138 | Little Squirrel |
| 177 | FastHonestStore |
| 199 | nivak543 |
| 230 | DORODARAKE |

Dated: February 5, 2026

    Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*