IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Xiaowei Liu,<br><br>    Plaintiff,<br><br>v.<br><br>THE DEFENDANT IDENTIFIED ON SCHEDULE A,<br><br>    Defendant. | Case No. 25-cv-15356 |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants:

| Number | Defendant Name |
|---|---|
| 32 | gengyan2022 |
| 42 | JIOFAVIU |
| 54 | Masenkeli GZ |
| 100 | welltop |
| 135 | Kid Clothing Store |
| 142 | Supbrilliant Direct |

Dated: February 8, 2026

    Respectfully submitted
    By: /s/ *Huicheng Zhou*
    Bar No. 350005
    Phone: 909-284-1929
    2108 N ST STE #8330
    Sacramento, CA 95816
    Huicheng.zhou@aliothlaw.com
    *Attorney for Plaintiff*