# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Xiaowei Liu,

    Plaintiff,

v.

THE DEFENDANT IDENTIFIED ON SCHEDULE A,

    Defendant.

Case No. 25-cv-15356

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants:

| Number | Defendant Name |
|---|---|
| 35 | Guangzhou Jingyan Trading Co., Ltd |
| 38 | HoRui |
| 43 | Kalaxy |
| 112 | Zhaochen |
| 132 | GreenValue Yard Mart |
| 156 | adir_store44 |
| 159 | amiel_store44 |
| 163 | baruch_shop_il9 |
| 185 | ilan_store4564 |
| 192 | mario_store10 |
| 194 | matan_store33 |
| 196 | menahem_store43 |
| 205 | shimshon_store45 |
| 213 | tzuk_store45 |
| 217 | yariv_store5 |
| 229 | CZYZYC |
| 231 | FastBuyLiu |

| 233 | FOLL |
| 241 | Joyful your life |
| 247 | Old Friend C |

Dated: February 8, 2026

Respectfully submitted  
By: /s/ *Huicheng Zhou*  
Bar No. 350005  
Phone: 909-284-1929  
2108 N ST STE #8330  
Sacramento, CA 95816  
Huicheng.zhou@aliothlaw.com  
*Attorney for Plaintiff*