# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Xiaowei Liu,<br><br>    Plaintiff,<br><br>v.<br><br>THE DEFENDANT IDENTIFIED ON SCHEDULE A,<br><br>    Defendant. | Case No. 25-cv-15356 |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Defendant Name |
|---|---|
| 28 | Fuyi Factory |
| 64 | Nines-US |
| 95 | ULAROOM |
| 180 | gedalia_42 |
| 191 | lovelyshopping23 |

Dated: February 8, 2026

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*