IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Xiaowei Liu,

    Plaintiff,

v.

THE DEFENDANT IDENTIFIED ON SCHEDULE A,

    Defendant.

Case No. 25-cv-15356

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Defendant Name |
|---|---|
| 1 | Abnaok |
| 53 | Mars666 |
| 68 | Panledo |
| 97 | V-Lighting Store |
| 140 | Meitio |
| 147 | winxfly |

Dated: February 16, 2026

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*