# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| Xiaowei Liu, | Case No. 25-cv-15356 |
|---|---|
| Plaintiff, | |
| v. | |
| THE DEFENDANT IDENTIFIED ON SCHEDULE A, | |
| Defendant. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Defendant Name |
|---|---|
| 3 | AUOSXNY |
| 13 | BOTTMA US |
| 141 | ShuangJinShangMao |
| 221 | Zypher Deal Store |

Dated: February 22, 2026

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiff*