UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Xiaowei Liu, et al.
                              Plaintiff,

v.                                                        Case No.: 1:25−cv−15356

                                                                 Honorable Mary M. Rowland

The Defendants Identified on Schedule A, et al.
                                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

       MINUTE entry before the Honorable Mary M. Rowland: The court corrects order entered on 2/20/26 [49]: Motion hearing held on 2/20/26. For the reasons stated on the record, Defendants Denneyas, Diventurs, Kotfiler, Original MJW, Radarga, Riser Treasure, S Wisdom HF, Sarah Zou, Sevenbor, Special Point, Unicepet, WChiho Q, Xieheng, betty li, pattobold, wesley Hu, zara lei's emergency motion to compel [45] is granted. Plaintiff is to inform amazon that the TRO as to those specific defendants has expired. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.