# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Xiaowei Liu, | Case No. 25-cv-15356 |
| Plaintiff, | |
| v. | |
| THE DEFENDANT IDENTIFIED ON SCHEDULE A, | |
| Defendant. | |

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff Xiaowei Liu's ("Plaintiff") Motion for Entry of a Preliminary Injuncction against the Defendants identified in Schedule A to the Complaint (collectively, "Defendants"). After reviewing the Motion and the accompanying evidence, this Court hereby GRANTS Plaintiff's Motions in their entirety as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered January 5, 2026 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases and offer shipping to Illinois, and have sold products infringing Plaintiff's Asserted Patent (No. D1,090,963 S) to residents of Illinois.

1

This Court also finds that the evidence submitted in support of this Motion and in support of Plaintiff's previously granted *Ex Parte* Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated likelihood of success on the merits and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Defendants' continued and unauthorized use of the Plaintiff's Asserted Patent irreparably harms Plaintiff through loss of future sales and diminished market share. Monetary damage is difficult to evaluate and fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public misunderstanding created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a. reproducing, distributing, or publicly showing products using Plaintiff's Asserted Patent in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product bearing the Asserted Patent or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale bearing the Asserted Patent;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing Plaintiff's Asserted Patent and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's Asserted Patent.

2. Upon Plaintiff's request, any Third-Party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the online stores, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), Amazon.com, Inc. ("Amazon"), Walmart, Inc. ("Walmart"), WhaleCo Inc. ("Temu") (collectively, the "Third-Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the online stores and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective online stores; and

c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other

financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, Etsy, DHgate, Temu, TikTok or other merchant account providers, payment providers, Third-Party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including the Third-Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using which bear the Plaintiff's Asserted Patent.

4. Defendants shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third-Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, Temu, TikTok, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants and the Seller Aliases and online stores., including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the online stores and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective online stores.

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by email for each Defendant. The combination of providing notice via email, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. The bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

E N T E R:

Dated: March 11, 2026

Mary M Rowland

MARY M. ROWLAND
United States District Judge

# Defendant list – Amended Schedule A

| Defend ant No. | Platform | Store Name | Seller ID | Product Link |
|---|---|---|---|---|
| 02 | Amazon | aifushangmao1 | A2CDOWTFDOWOA6 | https://www.amazon.com/dp/B0D47V5ZQ2 |
| | | | | https://www.amazon.com/dp/B0D47V2MB3 |
| | | | | https://www.amazon.com/dp/B0D47V1YDR |
| 05 | Amazon | BANGJIATINGCHECHANG | A3RQTAGIJ42ULX | https://www.amazon.com/dp/B0DZCWKNT5 |
| | | | | https://www.amazon.com/dp/B0DZCV9394 |
| | | | | https://www.amazon.com/dp/B0DZCSPV3R |
| | | | | https://www.amazon.com/dp/B0DZCSZVTC |
| | | | | https://www.amazon.com/dp/B0DZCWJ56C |
| | | | | https://www.amazon.com/dp/B0DZCWS3VD |
| | | | | https://www.amazon.com/dp/B0DZCT5SR4 |
| | | | | https://www.amazon.com/dp/B0DZCTBZS3 |
| | | | | https://www.amazon.com/dp/B0DZCVYZFV |
| | | | | https://www.amazon.com/dp/B0DZCWHRWY |
| | | | | https://www.amazon.com/dp/B0DZCV8S1J |
| | | | | https://www.amazon.com/dp/B0DGLGHDSS |
| 07 | Amazon | BeautyPro-USA | AQA5QN79N0LRL | https://www.amazon.com/dp/B0DC641JT8 |
| 10 | Amazon | BIG WHALE SHARK | A3TE7H0QU6E5DQ | https://www.amazon.com/dp/B0DQTDTLM9 |
| | | | | https://www.amazon.com/dp/B0DQTLSF8S |
| 11 | Amazon | BiggerHead | A30DB7DMCFGCE5 | https://www.amazon.com/dp/B0F6M1MJ3S |
| | | | | https://www.amazon.com/dp/B0F6LT999M |
| | | | | https://www.amazon.com/dp/B0F6M3212Y |
| | | | | https://www.amazon.com/dp/B0F6M24D82 |
| | | | | https://www.amazon.com/dp/B0F6M13MMZ |
| | | | | https://www.amazon.com/dp/B0F6M189PJ |
| | | | | https://www.amazon.com/dp/B0F6M54HTY |
| 15 | Amazon | daicheyuan058 | A333F9C1VQ0D8G | https://www.amazon.com/dp/B0DJKZQ9MN |
| 16 | Amazon | dealbuy-market | A2B5MN9LJ678DQ | https://www.amazon.com/dp/B0D9H45Y3V |
| 20 | Amazon | Dweekiy d1 | A2X9WSTARI2O7P | https://www.amazon.com/dp/B0FGDV674Z |
| | | | | https://www.amazon.com/dp/B0FGDV6ZRT |
| | | | | https://www.amazon.com/dp/B0FGDVLCMD |
| 21 | Amazon | Ecloshop | A3V1MII6PYYXS7 | https://www.amazon.com/dp/B0DZCRS3B3 |
| | | | | https://www.amazon.com/dp/B0DZCPMY8W |
| | | | | https://www.amazon.com/dp/B0DZCPVH7T |

| | | | | |
|---|---|---|---|---|
| | | | | https://www.amazon.com/dp/B0DZCQ8L1J |
| | | | | https://www.amazon.com/dp/B0DZCRYG48 |
| | | | | https://www.amazon.com/dp/B0DZCNCVMW |
| | | | | https://www.amazon.com/dp/B0DZCPQR5H |
| | | | | https://www.amazon.com/dp/B0DZCMRJFC |
| 22 | Amazon | EJFOIEJ | A39HQVVRYT6K3C | https://www.amazon.com/dp/B0DQKZ8YKK |
| 23 | Amazon | Fentun | A3W1UN21AHSO9X | https://www.amazon.com/dp/B0D7VLZZFZ |
| | | | | https://www.amazon.com/dp/B0D7VLZMVX |
| | | | | https://www.amazon.com/dp/B0D7VM9PNZ |
| | | | | https://www.amazon.com/dp/B0D7VJXRC2 |
| | | | | https://www.amazon.com/dp/B0D7VM1NKL |
| | | | | https://www.amazon.com/dp/B0D7VKT5QV |
| | | | | https://www.amazon.com/dp/B0D7VK4SYF |
| 24 | Amazon | Fiavtiwy-US | A21R4JBHQJQ0IV | https://www.amazon.com/dp/B0DDPH1MPF |
| | | | | https://www.amazon.com/dp/B0DDP7HK9H |
| | | | | https://www.amazon.com/dp/B0DDPBRS9X |
| 26 | Amazon | FOTEMIXUS | A1L7ZY2V3Y3YWA | https://www.amazon.com/dp/B0DBHC966D |
| 27 | Amazon | freejia66 | A32R15XLEGN5NK | https://www.amazon.com/dp/B0FHJ1L8QB |
| | | | | https://www.amazon.com/dp/B0FHJLW974 |
| | | | | https://www.amazon.com/dp/B0FHKGY8SC |
| | | | | https://www.amazon.com/dp/B0FHKHKTHR |
| | | | | https://www.amazon.com/dp/B0FHJ9YW54 |
| 29 | Amazon | Ganbora | A2NFNI2M0TSUNJ | https://www.amazon.com/dp/B0FG9XX333 |
| | | | | https://www.amazon.com/dp/B0FGB4V616 |
| 30 | Amazon | Gasuio | A1S4C757EGYLDO | https://www.amazon.com/dp/B0D41V3F93 |
| | | | | https://www.amazon.com/dp/B0D41V9XQ5 |
| | | | | https://www.amazon.com/dp/B0D41TZZH4 |
| | | | | https://www.amazon.com/dp/B0D41V76S3 |
| 31 | Amazon | Gem Stored | A3UFH52CNXLX5Y | https://www.amazon.com/dp/B0FB2VW3K9 |
| 33 | Amazon | Geojec | A30PEDHEPBZHG8 | https://www.amazon.com/dp/B0F8V9VGDV |
| | | | | https://www.amazon.com/dp/B0F8VQ7D5S |
| | | | | https://www.amazon.com/dp/B0F8VJJXHJ |
| | | | | https://www.amazon.com/dp/B0F8VMJ57S |
| 36 | Amazon | HaoruiTradingCo | A29HW3OKIKGI6N | https://www.amazon.com/dp/B0D8ZM2WFL |
| 37 | Amazon | HolySho | AEL63UF30R0WI | https://www.amazon.com/dp/B0FJ7XTT5S |
| 39 | Amazon | Hyloxs USA | A2A8IADX8F29Y5 | https://www.amazon.com/dp/B0D9TJGPN2 |
| | | | | https://www.amazon.com/dp/B0D9TJVR1F |

| | | | | |
|---|---|---|---|---|
| 40 | Amazon | IGOYE | A37WTB77C K1MG0 | https://www.amazon.com/dp/B0D8J3H55N |
| 46 | Amazon | LANXUD | A2D5YNV6D J0SSK | https://www.amazon.com/dp/B0D6YLYKCR |
| 47 | Amazon | Lecxin | AA93TAV0Y WBZE | https://www.amazon.com/dp/B0FDMJC8KZ |
| 48 | Amazon | Leihuo | A12BWMNN 9MY8SH | https://www.amazon.com/dp/B0DJJQWJY6 |
| | | | | https://www.amazon.com/dp/B0DJJT9L48 |
| 49 | Amazon | LinMMstore | A1WP90Q6Q VQE9V | https://www.amazon.com/dp/B0D796MKDW |
| | | | | https://www.amazon.com/dp/B0D794XZYP |
| | | | | https://www.amazon.com/dp/B0DCVSZRMR |
| 50 | Amazon | Liwords | A1CCCWC9N 4EYXC | https://www.amazon.com/dp/B0DF6NGH55 |
| | | | | https://www.amazon.com/dp/B0DF6N876B |
| | | | | https://www.amazon.com/dp/B0DF6P8TKJ |
| 52 | Amazon | Lucky Millionaire | AS5NYFT61H X9 | https://www.amazon.com/dp/B0DC5BMQQZ |
| | | | | https://www.amazon.com/dp/B0DC5C641Z |
| 56 | Amazon | MfbrvnUS | ACVBIRZ5A XKHT | https://www.amazon.com/dp/B0FP5PMPBJ |
| | | | | https://www.amazon.com/dp/B0FP5P3C87 |
| | | | | https://www.amazon.com/dp/B0FP5LWDG6 |
| 57 | Amazon | MFWFJDU | A1OKNMZA9 AKITV | https://www.amazon.com/dp/B0DSWH3L5Y |
| 58 | Amazon | MinHuiDian ZiShangWu | A11F4G7YO7 ZH9P | https://www.amazon.com/dp/B0D9BGMT3R |
| 60 | Amazon | Mixitech-US | A2SEQ57LRT T8C8 | https://www.amazon.com/dp/B0DFMJXY65 |
| | | | | https://www.amazon.com/dp/B0DFMJJ4ZW |
| | | | | https://www.amazon.com/dp/B0DFMLKVLR |
| 63 | Amazon | nanji'xia | A382VG51X3 126X | https://www.amazon.com/dp/B0D45RNRBC |
| 67 | Amazon | panda mall | AVM77IDP6J FX8 | https://www.amazon.com/dp/B0DVT8MD1L |
| | | | | https://www.amazon.com/dp/B0DVTC65PW |
| | | | | https://www.amazon.com/dp/B0DVT85YQJ |
| | | | | https://www.amazon.com/dp/B0DVT9SPBG |
| | | | | https://www.amazon.com/dp/B0DVT753ML |
| | | | | https://www.amazon.com/dp/B0DVT941PP |
| | | | | https://www.amazon.com/dp/B0DVTB34SM |
| | | | | https://www.amazon.com/dp/B0DVT75XQW |
| | | | | https://www.amazon.com/dp/B0DVT8M1T5 |
| | | | | https://www.amazon.com/dp/B0DVTB7B5S |
| | | | | https://www.amazon.com/dp/B0DVT9MCR8 |
| 69 | Amazon | POHGNSU X | A2SXIE0P7B UTMY | https://www.amazon.com/dp/B0DZCWFH7P |
| | | | | https://www.amazon.com/dp/B0DZCR8H1B |

| No | Platform | Seller | ID | URL |
|---|---|---|---|---|
| 70 | Amazon | ganzhounuo xinpaijiajuy ouxiangongs i | A36BHFK37J WDQB | https://www.amazon.com/dp/B0DDHWLK66 |
| 71 | Amazon | purceei | A2PYOVW2S WLKD6 | https://www.amazon.com/dp/B0DBJ7SGQB |
| | | | | https://www.amazon.com/dp/B0DBJB3NPR |
| 72 | Amazon | QianQiLam p | A145ZB7MX UEORT | https://www.amazon.com/dp/B0D5HBKNK3 |
| | | | | https://www.amazon.com/dp/B0D5H9R7GD |
| | | | | https://www.amazon.com/dp/B0D5H748HB |
| | | | | https://www.amazon.com/dp/B0D5H986KB |
| | | | | https://www.amazon.com/dp/B0D5H9NRH3 |
| | | | | https://www.amazon.com/dp/B0D5H8MWBZ |
| 74 | Amazon | realmoon-shop | A30UA1D2Q8 WHUT | https://www.amazon.com/dp/B0DB15B3BV |
| | | | | https://www.amazon.com/dp/B0DB14NNM8 |
| | | | | https://www.amazon.com/dp/B0DB14JYHG |
| | | | | https://www.amazon.com/dp/B0DB15PNDY |
| 79 | Amazon | Silver Power Information | A2QCM0MB2 U57RS | https://www.amazon.com/dp/B0D476NSKW |
| | | | | https://www.amazon.com/dp/B0D476DTZZ |
| | | | | https://www.amazon.com/dp/B0D476K8GM |
| | | | | https://www.amazon.com/dp/B0D475T9NY |
| | | | | https://www.amazon.com/dp/B0D474RHJ5 |
| | | | | https://www.amazon.com/dp/B0D474KN6Y |
| 81 | Amazon | SIYUAN | AWPNDDTI2 V0XM | https://www.amazon.com/dp/B0F28Q249Y |
| | | | | https://www.amazon.com/dp/B0F246QRVJ |
| | | | | https://www.amazon.com/dp/B0F28NNH6M |
| | | | | https://www.amazon.com/dp/B0F28MKQ9Q |
| | | | | https://www.amazon.com/dp/B0DZ57YRLN |
| | | | | https://www.amazon.com/dp/B0F213DMHJ |
| | | | | https://www.amazon.com/dp/B0F24C9YKH |
| | | | | https://www.amazon.com/dp/B0F28Q4QX2 |
| | | | | https://www.amazon.com/dp/B0F4JJJ3VL |
| | | | | https://www.amazon.com/dp/B0F4JNYK5J |
| 82 | Amazon | sococo | A2M99LKXD QEZXD | https://www.amazon.com/dp/B0FG8KWBKJ |
| | | | | https://www.amazon.com/dp/B0FG8J5TQL |
| | | | | https://www.amazon.com/dp/B0FG8HQ28T |
| 84 | Amazon | Sunlanterns | AH7VUBGW DCIRN | https://www.amazon.com/dp/B0DJ78PYX7 |
| | | | | https://www.amazon.com/dp/B0DJ788KG5 |
| 85 | Amazon | SunXingZhe | A23U2UJD8L GTPL | https://www.amazon.com/dp/B0DJZCKQKC |
| | | | | https://www.amazon.com/dp/B0DJZCZN5F |
| | | | | https://www.amazon.com/dp/B0DJZDVPF2 |

| | | | | https://www.amazon.com/dp/B0DJZ9MWH3 |
|---|---|---|---|---|
| | | | | https://www.amazon.com/dp/B0DJZB2917 |
| | | | | https://www.amazon.com/dp/B0DJZD63NV |
| | | | | https://www.amazon.com/dp/B0DJZB386Q |
| | | | | https://www.amazon.com/dp/B0DJZCWRG2 |
| 87 | Amazon | TGXCF Direct | A25K7NZYR4Z6DZ | https://www.amazon.com/dp/B0D9VSSQK5 |
| | | | | https://www.amazon.com/dp/B0D9VSMZ8H |
| | | | | https://www.amazon.com/dp/B0D9VTD7X9 |
| | | | | https://www.amazon.com/dp/B0D9VSW6RW |
| | | | | https://www.amazon.com/dp/B0F28P5X62 |
| | | | | https://www.amazon.com/dp/B0F28VZHXM |
| | | | | https://www.amazon.com/dp/B0F28N8825 |
| | | | | https://www.amazon.com/dp/B0FG2DZB47 |
| | | | | https://www.amazon.com/dp/B0F28QJQYJ |
| | | | | https://www.amazon.com/dp/B0F28VVN6G |
| 88 | Amazon | THUYTRANG542002 | A2Z5JSP4WFEVOI | https://www.amazon.com/dp/B0DYP29BHY |
| | | | | https://www.amazon.com/dp/B0DYP284HW |
| 90 | Amazon | TiGilt | A1PWBDUXWXRGIF | https://www.amazon.com/dp/B0D9N89TMM |
| | | | | https://www.amazon.com/dp/B0D9N88MBV |
| | | | | https://www.amazon.com/dp/B0D9N93YSF |
| | | | | https://www.amazon.com/dp/B0D9N8LY3M |
| | | | | https://www.amazon.com/dp/B0D9N87Q35 |
| | | | | https://www.amazon.com/dp/B0D9N7LJ9L |
| | | | | https://www.amazon.com/dp/B0D9N83L1X |
| | | | | https://www.amazon.com/dp/B0D9N826WZ |
| | | | | https://www.amazon.com/dp/B0D9N66DLZ |
| | | | | https://www.amazon.com/dp/B0D9N8L9LZ |
| | | | | https://www.amazon.com/dp/B0D9N7B6WD |
| | | | | https://www.amazon.com/dp/B0D9N8WVJ9 |
| | | | | https://www.amazon.com/dp/B0D9N8HTNK |
| | | | | https://www.amazon.com/dp/B0D9N6Z4XF |
| | | | | https://www.amazon.com/dp/B0D9N8H1B4 |
| | | | | https://www.amazon.com/dp/B0D9N8BHZJ |
| | | | | https://www.amazon.com/dp/B0D9N5T14N |
| | | | | https://www.amazon.com/dp/B0D9N5D994 |
| 92 | Amazon | Tuezokeg | A1OT2RTMOFI2SQ | https://www.amazon.com/dp/B0DF2F2R2X |
| 94 | Amazon | TYY-Zmiao | A3KABNBKDSMI18 | https://www.amazon.com/dp/B0DM7T31QP |
| | | | | https://www.amazon.com/dp/B0DCG72D12 |
| | | | | https://www.amazon.com/dp/B0DCG8LTWY |
| | | | | https://www.amazon.com/dp/B0DCG5P8CB |
| | | | | https://www.amazon.com/dp/B0D6VC2ZLZ |

| | | | | |
|---|---|---|---|---|
| 103 | Amazon | XQGMAN | A399G42QIDKQD9 | https://www.amazon.com/dp/B0D737YGBD |
| 107 | Amazon | youthink jp | A3OM5LXEESSP4E | https://www.amazon.com/dp/B0F9F51MP1 |
| | | | | https://www.amazon.com/dp/B0F9F2YKXF |
| | | | | https://www.amazon.com/dp/B0F9F358F1 |
| 108 | Amazon | Yuhuoo | A1C01QL1ABSM8L | https://www.amazon.com/dp/B0DC7YHMGK |
| | | | | https://www.amazon.com/dp/B0DC7XQ12F |
| | | | | https://www.amazon.com/dp/B0DC7YHJ4X |
| 109 | Amazon | YUNINA | A3RDRWZ86W3HNS | https://www.amazon.com/dp/B0DK94LM7D |
| | | | | https://www.amazon.com/dp/B0DK96D5N3 |
| 110 | Amazon | ZanGuoke-SP | A273GWAWXEEDVP | https://www.amazon.com/dp/B0D6YJM5WN |
| 113 | Amazon | ZIZIZI | A6VLAEKP5W63J | https://www.amazon.com/dp/B0D8VXHNHP |
| | | | | https://www.amazon.com/dp/B0D8VS9Z43 |
| | | | | https://www.amazon.com/dp/B0D8VVP3NL |
| 114 | Amazon | zohoo | A2I2BTD60MRVUP | https://www.amazon.com/dp/B0DG3XN539 |
| | | | | https://www.amazon.com/dp/B0DG45HKQD |
| | | | | https://www.amazon.com/dp/B0DG3VPQHB |
| 117 | Walmart | AI BOY | 102634993 | https://www.walmart.com/ip/17522254413 |
| | | | | https://www.walmart.com/ip/17541605681 |
| 118 | Walmart | AI Lop | 102819235 | https://www.walmart.com/ip/17519613516 |
| 119 | Walmart | Aliudong | 102693857 | https://www.walmart.com/ip/12269865014 |
| 120 | Walmart | binchushangmao | 102935266 | https://www.walmart.com/ip/17697801529 |
| 121 | Walmart | Biweutydys Halloween Clearance | 102603899 | https://www.walmart.com/ip/17041650539 |
| 125 | Walmart | Eryofdh Toy | 101666884 | https://www.walmart.com/ip/8952164161 |
| | | | | https://www.walmart.com/ip/8953923635 |
| | | | | https://www.walmart.com/ip/8964115063 |
| | | | | https://www.walmart.com/ip/8966955555 |
| 126 | Walmart | FlyingDeal | 102736043 | https://www.walmart.com/ip/13217672702 |
| | | | | https://www.walmart.com/ip/13251654394 |
| | | | | https://www.walmart.com/ip/17312657310 |
| 127 | Walmart | Furuitong | 102899790 | https://www.walmart.com/ip/13488513233 |
| 129 | Walmart | FYshui | 101517976 | https://www.walmart.com/ip/16763550968 |
| | | | | https://www.walmart.com/ip/16786102062 |
| | | | | https://www.walmart.com/ip/16755719284 |
| 130 | Walmart | GOLDEDLUCK | 101654528 | https://www.walmart.com/ip/11701604234 |
| 134 | Walmart | JUNLIAN | 102849694 | https://www.walmart.com/ip/17390023749 |
| 136 | Walmart | Lagore | 102595522 | https://www.walmart.com/ip/17467416166 |
| | | | | https://www.walmart.com/ip/17465723365 |
| | | | | https://www.walmart.com/ip/17520954589 |

| | | | | |
|---|---|---|---|---|
| | | | | https://www.walmart.com/ip/17540605063 |
| | | | | https://www.walmart.com/ip/17520252626 |
| | | | | https://www.walmart.com/ip/17508950295 |
| | | | | https://www.walmart.com/ip/17521904090 |
| 137 | Walmart | LIOU MARKET | 102738846 | https://www.walmart.com/ip/17678669687 |
| | | | | https://www.walmart.com/ip/17711252431 |
| | | | | https://www.walmart.com/ip/17736706974 |
| | | | | https://www.walmart.com/ip/17709461243 |
| | | | | https://www.walmart.com/ip/17697600561 |
| | | | | https://www.walmart.com/ip/17691567585 |
| | | | | https://www.walmart.com/ip/17714870027 |
| | | | | https://www.walmart.com/ip/17701358900 |
| | | | | https://www.walmart.com/ip/17709511289 |
| | | | | https://www.walmart.com/ip/17680501573 |
| | | | | https://www.walmart.com/ip/17701308170 |
| | | | | https://www.walmart.com/ip/17731755910 |
| | | | | https://www.walmart.com/ip/17713963783 |
| | | | | https://www.walmart.com/ip/17733464035 |
| | | | | https://www.walmart.com/ip/17652966772 |
| | | | | https://www.walmart.com/ip/17709511603 |
| | | | | https://www.walmart.com/ip/17697500755 |
| | | | | https://www.walmart.com/ip/17736556692 |
| | | | | https://www.walmart.com/ip/17733314023 |
| | | | | https://www.walmart.com/ip/17697700178 |
| | | | | https://www.walmart.com/ip/17678669596 |
| | | | | https://www.walmart.com/ip/17708862269 |
| | | | | https://www.walmart.com/ip/17714970070 |
| | | | | https://www.walmart.com/ip/17691667123 |
| | | | | https://www.walmart.com/ip/17726018108 |
| | | | | https://www.walmart.com/ip/17736110024 |
| | | | | https://www.walmart.com/ip/17680501208 |
| | | | | https://www.walmart.com/ip/17701358975 |
| | | | | https://www.walmart.com/ip/17736556761 |
| | | | | https://www.walmart.com/ip/17667709699 |
| 139 | Walmart | liufeidianzi | 102910912 | https://www.walmart.com/ip/17573122170 |
| 143 | Walmart | TianNova | 102878321 | https://www.walmart.com/ip/17187866264 |
| 144 | Walmart | Tmalltide | 101200497 | https://www.walmart.com/ip/8326316064 |
| 145 | Walmart | TOPMILE | 101609788 | https://www.walmart.com/ip/12904374710 |
| 146 | Walmart | WhimsyWonderWorld | 102859474 | https://www.walmart.com/ip/17333720792 |
| 148 | Walmart | xiao guo | 102852189 | https://www.walmart.com/ip/16630973135 |
| 149 | Walmart | Xie Qiaojing | 102879860 | https://www.walmart.com/ip/17306207985 |
| 150 | Walmart | xinmingkeji | 102779716 | https://www.walmart.com/ip/17409954909 |
| | | | | https://www.walmart.com/ip/17410763475 |

| | | | | |
|---|---|---|---|---|
| 151 | Walmart | YiATATA Home | 102632938 | https://www.walmart.com/ip/16894023526 |
| 152 | Walmart | Yuansu | 101693817 | https://www.walmart.com/ip/5909183390 |
| 154 | Walmart | YX-RacingPerformance | 101643889 | https://www.walmart.com/ip/15813559225 |
| 155 | Walmart | Zhenting Co.Ltd | 102587698 | https://www.walmart.com/ip/6766568230 |
| 157 | eBay | am_store_2us | | https://www.ebay.com/itm/357560939635 |
| 158 | eBay | AMAAR STORE | | https://www.ebay.com/itm/176674163038 |
| 160 | eBay | autobuycentre | | https://www.ebay.com/itm/205489021084 |
| | | | | https://www.ebay.com/itm/205488620742 |
| | | | | https://www.ebay.com/itm/205488769606 |
| 161 | eBay | avibaron5_6 | | https://www.ebay.com/itm/376525419085 |
| 162 | eBay | bahofsh0 | | https://www.ebay.com/itm/236239253437 |
| 164 | eBay | BestStar | | https://www.ebay.com/itm/306435997580 |
| 165 | eBay | boc1695 | | https://www.ebay.com/itm/226800784437 |
| 166 | eBay | celcuc | | https://www.ebay.com/itm/357410216662 |
| | | | | https://www.ebay.com/itm/357410217044 |
| 168 | eBay | clickandprosper | | https://www.ebay.com/itm/317164362663 |
| 169 | eBay | comfortshop | | https://www.ebay.com/itm/336123536415 |
| 170 | eBay | Crazy Deals & Crazy Deals | | https://www.ebay.com/itm/196936747189 |
| | | | | https://www.ebay.com/itm/196936747819 |
| | | | | https://www.ebay.com/itm/196936748382 |
| 171 | eBay | davidix_store | | https://www.ebay.com/itm/406112311473 |
| 172 | eBay | dizzer_store | | https://www.ebay.com/itm/365815708210 |
| 173 | eBay | DREAM SHIPPER'S | | https://www.ebay.com/itm/356618168572 |
| 175 | eBay | elim01-98 Deals | | https://www.ebay.com/itm/317127514951 |
| | | | | https://www.ebay.com/itm/317127514952 |
| 176 | eBay | EVERYDAY USAGE | | https://www.ebay.com/itm/146406013665 |
| 178 | eBay | frincr-800 | | https://www.ebay.com/itm/406009326270 |
| 179 | eBay | Games989 | | https://www.ebay.com/itm/335893927604 |
| 180 | eBay | gedalia_42 | | https://www.ebay.com/itm/135801879107 |
| | | | | https://www.ebay.com/itm/135801886862 |
| 181 | eBay | gege1* | | https://www.ebay.com/itm/365738561682 |
| 182 | eBay | hai8ng9 | | https://www.ebay.com/itm/388868710886 |
| 183 | eBay | Hildebert Richard | | https://www.ebay.com/itm/405558711186 |
| 186 | eBay | inoshvalanthino | | https://www.ebay.com/itm/387995950308 |

| | | | | |
|---|---|---|---|---|
| 187 | eBay | j_tale2012 | | https://www.ebay.com/itm/267357677861 |
| 188 | eBay | kvlkstore | | https://www.ebay.com/itm/405494995187 |
| 189 | eBay | leodo-uunrdfb0 | | https://www.ebay.com/itm/277361593473 |
| 190 | eBay | lovelyshoponline | | https://www.ebay.com/itm/256778378949 |
| | | | | https://www.ebay.com/itm/256834632098 |
| | | | | https://www.ebay.com/itm/256778208718 |
| 191 | eBay | lovelyshopping23 | | https://www.ebay.com/itm/396615517532 |
| | | | | https://www.ebay.com/itm/396615532346 |
| 193 | eBay | MARQQET | | https://www.ebay.com/itm/357200125874 |
| 195 | eBay | maxim.8776 | | https://www.ebay.com/itm/376463860280 |
| | | | | https://www.ebay.com/itm/388797712098 |
| 197 | eBay | minevere | | https://www.ebay.com/itm/406108734202 |
| 198 | eBay | mirsand47 | | https://www.ebay.com/itm/167685205226 |
| 200 | eBay | nswdesignsncraft | | https://www.ebay.com/itm/326638650724 |
| | | | | https://www.ebay.com/itm/326638651596 |
| | | | | https://www.ebay.com/itm/326724514421 |
| | | | | https://www.ebay.com/itm/326655431950 |
| | | | | https://www.ebay.com/itm/326655434182 |
| | | | | https://www.ebay.com/itm/326655411010 |
| 201 | eBay | Or1Store | | https://www.ebay.com/itm/205529049231 |
| | | | | https://www.ebay.com/itm/205529092255 |
| | | | | https://www.ebay.com/itm/205529049502 |
| 202 | eBay | proguyg | | https://www.ebay.com/itm/156275345879 |
| 203 | eBay | reelgr_44 | | https://www.ebay.com/itm/397011693338 |
| 204 | eBay | shengen_cya2022 | | https://www.ebay.com/itm/396915052644 |
| 207 | eBay | ShopPro357159 | | https://www.ebay.com/itm/306299808478 |
| 208 | eBay | to_rated2018 | | https://www.ebay.com/itm/317033748817 |
| | | | | https://www.ebay.com/itm/317033756182 |
| 209 | eBay | spesh | | https://www.ebay.com/itm/317151345222 |
| 210 | eBay | Starwagon France | | https://www.ebay.com/itm/356975368482 |
| | | | | https://www.ebay.com/itm/356975196432 |
| 211 | eBay | theglobalsales40 | | https://www.ebay.com/itm/205380361861 |
| 212 | eBay | florisali0 | | https://www.ebay.com/itm/406169383253 |
| 214 | eBay | bys3731 | | https://www.ebay.com/itm/167595558163 |
| | | | | https://www.ebay.com/itm/167581588031 |
| | | | | https://www.ebay.com/itm/167573639030 |
| | | | | https://www.ebay.com/itm/167687749400 |
| | | | | https://www.ebay.com/itm/167650050553 |

| | | | | |
|---|---|---|---|---|
| 215 | eBay | xy-shop2010 | | https://www.ebay.com/itm/376488463809 |
| 216 | eBay | yagel42 | | https://www.ebay.com/itm/146787271897 |
| 218 | eBay | Yesting Store | | https://www.ebay.com/itm/305776522598 |
| 219 | eBay | zduner | | https://www.ebay.com/itm/396938613367 |
| | | | | https://www.ebay.com/itm/396938615483 |
| 220 | eBay | Zic Orizont Shop | | https://www.ebay.com/itm/286293666135 |
| 222 | TEMU | AIEIKSEVEN | 634418214645720 | https://www.temu.com/wireless-touch-activated-wine-bottle-light-set-3-color-temperatures-adjustable-fits-whiskey-wine-bottle-stoppers--as-a-night-light--enhances-bar-ambiance--bedroom-corners-no-wiring-needed-convenient-touch-control-home-ambiance-mood-lighting-stylish-accent-modern-lighting-lightweight-design-durable-material-multicolor-light-adjustable-brightness-wine-enthusiasts-gift--g-601103356096453.html |
| | | | | https://www.temu.com/wireless-wine-bottle-shade-with-led-touch-light-cordless-design-suitable-for-party-restaurant-bar-home-decoration-can--be-used-as-christmas-gift-wedding-decoration--warm-ambient-lighting-for-different--g-601103355744816.html |
| 223 | TEMU | BaphoiShop | 634418217143461 | https://www.temu.com/wireless-bottle-lamp-portable-led-desk-lamp-3600mah-battery-rechargeable-touch-led-wine-bottle-lamp-with-breathing-light-for-bars-restaurants-bedroom-decor-and-accessories-g-601100084374337.html |
| 224 | TEMU | BTF Shop | 634418218735204 | https://www.temu.com/bottle-lamp-1pc-portable-rechargeable-touch-lamp-3-color-table-lamp-for-bedroom-restaurant-bar-g-601100416088443.html |
| 225 | TEMU | Camouflage Life Hal local | 634418221381273 | https://www.temu.com/2pcs-2025-new--wireless-bottle-light-3-mode-dimming-bottle--led-bottle-light-suitable-for-any-bottle-bedroom-restaurant-and-bar-white-3-color--color-g-601100377347813.html |
| 227 | TEMU | chuangyi Lighting | 634418219158446 | https://www.temu.com/1pc-art--abs-material-touch-controlled-led-bottle-light-3-color-dimmable-rechargeable-battery-powered-ambient-lamp-for-living-room-dining-bedroom--nightclub-bedside-decor-g-601099868099766.html |
| 228 | TEMU | Color RGB | 634418218613666 | https://www.temu.com/wireless-bottle-lamp-metal-wine-bottle-light-with-3--dimming-rechargeable-3600-mah-led-touch-lamp-for-liquor-bottle-suitable-for-any-bottle-living-room-room-decoration-mood-table-lamp-for-bars-and-restaurants-g-601099723635833.html |
| | | | | https://www.temu.com/wireless-bottle-table-lamp-touch-control-of-3-colors-and--dimming-night-lamp-suitable-for-bar-wine-bottles-desk-lights-g-601099843170667.html |
| | | | | https://www.temu.com/-2pcs-bottle-lights-offer-universal-rgb-touch-lighting-wireless--and-make-a-perfect-gift--g-601099740402056.html |
| | | | | https://www.temu.com/versatile-led-wine-bottle-table-lamp-wireless--dimming-3--control-usb-powered-portable-for-dining-tables-bars-and-bedrooms-modern-black-shade-adjustable-lighting-for-cozy-spaces-table-lamps-for-living-room-g-601100051149130.html |
| | | | | https://www.temu.com/the-cordless-portable-wine-bottle-light-features-usb-charging-and-touch-dimming-making-it--bars-living-rooms-and-dining-areas-g-601099741086362.html |
| | | | | https://www.temu.com/wireless-wine-bottle-lights-led-wine-bottle-lights-wireless-table-lamps-with-3-colors--portable-table-lamps-are-suitable-for-decorating-bedrooms-and-living-rooms-g-601100055562647.html |
| | | | | https://www.temu.com/led-wine-bottle-light-with-4--light-dimming-touch-wine-bottle-light-suitable-for-bars-restaurants-christmas-outdoor-dining-party-decorations-g-601099770326588.html |

| | | | | |
|---|---|---|---|---|
| | | | | https://www.temu.com/two-wine-bottle-lights-with-touch-dimming-function-suitable-for-wine-bottles-can-replace-wine-bottle-corks-and-are-rechargeable-tabletop-decorative-lights-g-601099995148613.html |
| | | | | https://www.temu.com/usb-wine-bottle-lamp-with-three-color-temperature-vintage-lamp-shades-the-usb--dimmable-led-wine-bottle-lamp-is-suitable-for-bedrooms-dining-rooms-balls-and-parties-adjustable-lighting-decorative-bottle-lamp-usbpowered-lamp-g-601100065447446.html |
| 232 | TEMU | Fest Bright | 634418225082458 | https://www.temu.com/wireless-bottle-lamp-3-color-temperature-wine-bottle--liquor-bottles-lights-for-bar-bedroom-whiskey-wine-bottles-stopper-night-light-kit-g-601102484628937.html |
| 236 | TEMU | Haohang Lighting | 634418216133333 | https://www.temu.com/1-led-wine-bottle-stopper-lamp-table-lamp-bar-dining-table-lamp-wireless-table-lamp-desk-lamp-infinite-dimming-three--bedroom-portable-table-lamp-led-lamp-bedside-table-lamp-used-for--decoration-g-601099671997489.html |
| 237 | TEMU | HelloFairy | 634418214484244 | https://www.temu.com/wine-bottle-table-lamp-a-creative-and-portable-decorative-lamp-that--disassembled-and--around----to-create-an-atmosphere---used-as-a-bedside-decorative-lamp-or-a-camping-lamp-g-601099777104701.html |
| | | | | https://www.temu.com/wine-bottle-table-lamp-mobile-disassembly-creative-table-lamp-portable-decoration----to-create-an-atmosphere-of-wine-bottle-bar-lamp-bedside-decoration-lamp-camping-lamp-table-wine-bottle-lamp-g-601099776329892.html |
| 238 | TEMU | Hope where lighting | 634418221096318 | https://www.temu.com/2-wine-bottle-lights-with-3-color-temperatures-rechargeable-diy-table-lamps-touch-control-adjustable-brightness--for-home-lighting--wine-bottles-wine-bottle-lights-lamp-for-bedroom-bedside-lamp-table-lamp-for-living-room-g-601103219642046.html |
| 239 | TEMU | Hot sell LED Light | 634418219429001 | https://www.temu.com/usb-rechargeable-led-bottle-light-for-bottles-3-color-temperatures-modern--with-metal-base-touch-control-compatible--bars-restaurants-hotels-living-room-dining--g-601101612969019.html |
| 240 | TEMU | ILLENIUM | 634418213323110 | https://www.temu.com/creative-bottle-embedded-wine-headlamp-with-portable-usb-charging-adjustable-brightness-and-color-desk-lamp-for-bar-restaurant-or-living-room-decoration-g-601101514551058.html |
| 242 | TEMU | LYTYTTTT | 634418223118522 | https://www.temu.com/modern-wine-bottle-table-lamp-led-desk-light-with-realistic--usb--aa-battery-powered-decorative-nightlight-for-living-room-bedroom-bar-kitchen-decorative-lighting-for-wine-lovers-gift-bedroom-accent-artistic-decor-durable-construction-interior-designers-g-601102423664498.html |
| 243 | TEMU | MIMI RGB | 634418213750894 | https://www.temu.com/2pcs-rechargeable-led-bottle-lights-with-3-color-temperatures-usb-powered-dimmable-vintage-lamp-shades-for-bedroom-dining-room--decor-compatible-with-most-wine-bottles-g-601099718947731.html |
| | | | | https://www.temu.com/-cordless-bottle-lamp-2025-new--dimming-rechargeable-wine-bottle-lights-3-color-temperature-portable-restaurant-bar-night-light-for-bars-restaurants-homes-gardens-bedroom-indoor-and-outdoor-use-dating-gifts-decor-black-white-g-601099988711844.html |
| 244 | TEMU | MIMIRGB Officia | 634418217310028 | https://www.temu.com/dimmable-led-wine-bottle--control-rechargeable-vase-led-light-bar-restaurant-party-light-holder-decoration-night-lights-halloween-christmas-holiday-desktop-decor-g-601099680254819.html |
| | | | | https://www.temu.com/wireless-wine-bottle-lights-led-wine-bottle-base-led-lights-bar-restaurant-romantic-lamp-holder-dinner-party-decoration--dimmable-desktop-ambient-lighting-g-601099712861953.html |
| | | | | https://www.temu.com/led-table-lamp-rechargeable-art-shade-3-colors-desktop-decorative-bottle-lamps-lighting-night-lights-portable-restaurant-ambiance-desktop-table-lamps-for--and-bars-g-601100065220305.html |

| | | | | |
|---|---|---|---|---|
| | | | | https://www.temu.com/wireless-bottle-lamp-led-night-light-for-wine-bottle-rechargeable-touch-control-3-light-colors-bedside-lamps-for-restaurant-bar-g-601099712946697.html |
| | | | | https://www.temu.com/usb-powered-wine--light-with-3-color-temperatures---dimmable-ambient-lighting-for-home--pub-decor-wine-bottle-lights-g-601100150255675.html |
| | | | | https://www.temu.com/rechargeable-wireless-wine-bottle-light-3-color-temperature-dimmable-led-shade-for-home-bar-restaurant-decor-usb-c-charging-adjustable-brightness-portable--for-wine-bottles-g-601100150042090.html |
| | | | | https://www.temu.com/-version-wireless-bottle-lamp-3-color-temperatures-portable-rechargeable-led-table-light-for-home-bar-restaurant-decor-g-601101898125065.html |
| | | | | https://www.temu.com/2025--wireless-bottle-light-3-color-temperature-options-portable-rechargeable-led-desk-lamp-with-touch-control-usb-powered-polished--for-home-office-bar-restaurant-decor-office-lighting-modern-lighting--durable-plastic-g-601102574841979.html |
| 246 | TEMU | Nahei Lighting | 634418214554044 | https://www.temu.com/1pc-modern-led-table-lamp-with-usb-charging-wireless-touch-control-dimmable--ambient-lighting-portable-for-bedroom-bar-or-home-decor--lithium-battery-wine-bottle-style-polished--cord-included-bedroom-night-light-minimalist-lamp-rechargeable-battery-lamp-led-lights-for-bedroo-g-601101054353249.html |
| 248 | TEMU | Open RGB | 634418218206329 | https://www.temu.com/wireless-wine-bottle-light-with-metal-lampshade-rechargeable-led-wine-bottle-light-suitable-for-vases-and-other-bottles-suitable-for-house-bar-coffee-wedding-decoration-g-601100775583869.html |
| | | | | https://www.temu.com/1-2-cabinet-light-portable-led-wine-bottle--decor-with-3-color-dimming-usb-rechargeable-touch-light-suitable-for-bedrooms-living-rooms-dining-rooms-parties-and-holiday-decorations-black-white-g-601101678382273.html |
| | | | | https://www.temu.com/versatile-usb-rechargeable-led-bottle-light-3-color-ambient-lighting-for-bedrooms-living-rooms-parties-camping-g-601099777202965.html |
| | | | | https://www.temu.com/touch-activated-portable-bottle-lamp-rechargeable-led-light-3-dimming--wireless-design-for-most-bottle--office-bedroom--g-601099713758329.html |
| | | | | https://www.temu.com/wireless-touch-led-2pcs-recessed-wine-bottle-lamp-wireless-touch-led-lights-with-usb-charging-dimmable-brightness--for-bedroom-retro-bar-decor-and-dining-room-ambiance-g-601099723753725.html |
| | | | | https://www.temu.com/wireless-wine-bottle-light-1-2pcs-set-portable-led-wireless-wine-bottle-light-3-color-dimmable-rechargeable-wine-bottle--touch-table-lamp-bedroom-bar-restaurant-g-601101484574568.html |
| 249 | TEMU | Openofficial | 634418216788324 | https://www.temu.com/1pc-2pcs-rechargeable-led-wine-bottle-lamp-with-touch-dimming-2000mah-table-lamp-for--and-bar-decor-g-601099681833427.html |
| | | | | https://www.temu.com/1pc-2pcs-wine--wireless-table-lamp-elegant-design-with-3-adjustable-color-temperatures--dimmable-brightness-usb-rechargeable-and--control--dining-tables-and-beverage-displays-g-601099681780347.html |