# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Xiaowei Liu,

       Plaintiff,

v.

THE DEFENDANT IDENTIFIED ON
SCHEDULE A,

       Defendant.

Case No. 25-cv-15356

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby

voluntarily dismisses this action as to the following Defendants without prejudice:

| Number | Defendant Name |
| --- | --- |
| 30 | Gasuio |
| 40 | IGOYE |
| 87 | TGXCF Direct |
| 149 | Xie Qiaoying |

Dated: April 10, 2026

Respectfully submitted
By: /s/ *Huicheng Zhou*
Bar No. 350005
2108 N ST STE #8330
Sacramento, CA 95816
Huicheng,Zhou@aliothlaw.com
*Attorney for Plaintiff*